**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6072**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COLIN VICTOR BROOK,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (CR-96-147, CA-99-1441-4-22)

_____

Submitted:  May 25, 2000                    Decided:  June 5, 2000

_____

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Colin Victor Brook, Appellant Pro Se.  William Early Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Colin Victor Brook seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Brook</u>, Nos. CR-96-147; CA-99-1441-4-22 (D.S.C. Dec. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2